UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DREW NELSON,

        Plaintiff,

-against-

AUTO WORLD USA,

        Defendant.
----------------------------------------------------------X

ORDER

CV 12-1768

(Wexler, J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG -4 2014 ★
LONG ISLAND OFFICE

WEXLER, District Judge:

By Report and Recommendation ("R&R") dated August 5, 2013 (docket entry 20), Magistrate Judge A. Kathleen Tomlinson recommended that this Court dismiss Plaintiff's complaint for failure to prosecute and for failure to comply with that Court's orders. See R&R, at 3. The R&R documents Plaintiff's repeated failure to appear or otherwise comply with the Court's directives.

The R&R also makes clear that any objections thereto were required to be filed with the Clerk of the Court within fourteen days. While the Court's ECF system notes that the Court's mailing of the R&R to the Plaintiff was returned as "undeliverable," Plaintiff's counsel received electronic notification of the R&R and was ordered to serve a copy of the R&R on Plaintiff. To date, no objections to the R&R have been filed, and the R&R is therefore adopted. Accordingly, Plaintiff's complaint is hereby dismissed with prejudice, and the Clerk of the Court is directed to close the file in this matter.

SO ORDERED.

                                                    LEONARD D. WEXLER
                                                    UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
        August 4, 2014